UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

CASE NO.: 4:19-CV-00716-RDM

RETURN OF SERVICE

**Bambi Wojtazek**

vs.

**Bald Eagle Fuel &Tire, Inc.** _____/
_____

ss.

I, **Curt Henry**, a competent adult, being duly sworn according to law, depose and say that at **1:40pm** on **05/16/2019**, I served **Bald Eagle Fuel &Tire, Inc.** at **109 West Presqueisle Street, Philipsburg, PA. 16866** in the manner described below:

☐ Defendant(s) personally served.

☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business.

☐ _____ an officer of said Defendant's company.

☑ Other: **By Serving Kristi Heichel, Director Of Sales And Marketing**

a true and correct copy of **SUMMONS AND COMPLAINT** issued in the above captioned matter.

Description:
Sex: FEMALE – Age: 35-45 – Skin: WHITE – Hair: BROWN – Height: 5'7" – Weight: 155

x _Curt Henry_ _____
Curt Henry – Cert/Appt#: none
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA   19103
(215) 567-7777
Atty File#:   – Our File# **103337**

Law Firm: **Winebrake &Santillo, LLC**
Attorney: **Mark J. Gottesfeld**
Address: **715 Twining Rd. Suite 211, Dresher, Pa, 19025**
Telephone: **215.884.2491**