## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BAMBI WOJTASZEK, on behalf of     :
herself and similarly situated          :
employees,                            :         Case No. 4:19-cv-00716-RDM

          Plaintiff,            :

                                  :

          v.                        :

                                  :

BALD EAGLE FUEL & TIRE, INC.,      :

                                  :

          Defendant.          :

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT
### TO ANSWER PLAINTIFF'S COMPLAINT

Defendant Bald Eagle Fuel & Tire, Inc. ("Defendant") by and through undersigned counsel hereby moves the Court to enter the attached Consent Order approving the stipulation of the parties that Defendant may have until July 5, 2019 to file an Answer Plaintiff's Complaint and in support avers as follows:

1.      A response to Plaintiff's Complaint is currently due on June 5, 2019.

2.      Owing to prior professional commitments of Defendant's counsel, counsel has sought a thirty (30) day extension of that deadline and Plaintiff's counsel has agreed.

3.      On the basis of that agreement, a response to Plaintiff's Complaint would now be due on July 5, 2019.

4.      This extension is unopposed and counsel for the parties have signed a Stipulation and Proposed Consent Order which is attached thereto.

WHEREFORE, Defendant respectfully requests that the Court grant defendant an extension until July 5, 2019 to file an Answer to Plaintiff's Complaint and enter the Consent Order attached hereto.

Respectfully submitted,

Debora A. O'Neill (ID No. 35077)
Edward Skipton, Esquire (ID No. 309485)
MEYERSON & O'NEILL
1600 Market Street
Suite 1305
Philadelphia, PA 19103
(215) 972-1376
(215) 972-0277 FAX
doneill@meyersonlawfirm.com
eskipton@meyersonlawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BAMBI WOJTASZEK, on behalf of herself and similarly situated employees, | : | Case No. 4:19-cv-00716-RDM |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BALD EAGLE FUEL & TIRE, INC., | : | |
| | : | |
| Defendant. | : | |

**CONSENT ORDER RE EXTENSION OF TIME TO**
**ANSWER PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by counsel for the undersigned parties,

that Defendant Bald Eagle Fuel & Tire, Inc., may have an extension of time to file an Answer to

Plaintiff's Complaint until July 5, 2019.

_____
Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone (215) 884-2491
pwinebrake@winebrakelaw.com
*Attorneys for Plaintiff*

_____
Debora A. O'Neill (ID No. 35077)
Edward Skipton, Esquire (ID No. 309485)
MEYERSON & O'NEILL
1600 Market Street
Suite 1305
Philadelphia, PA 19103
(215) 972-1376
(215) 972-0277 FAX
doneill@meyersonlawfirm.com
eskipton@meyersonlawfirm.com
*Attorneys for Defendant*

SO ORDERED:

_____
Robert D. Mariani
United States District Judge

## CERTIFICATE OF SERVICE

I, Debora A. O'Neill, Esquire, hereby certify that on this date a true and correct copy of

the foregoing was served via ECF Filing and U.S. Mail upon the following:

Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone (215) 884-2491
pwinebrake@winebrakelaw.com
*Attorneys for Plaintiff*

Dated: June 4, 2019

_____
Debora A. O'Neill, Esq.